UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>KENDRID HAMLIN,  )<br>)<br>Defendant  ) | CRIMINAL NO. 23-M-000034 |

**UNOPPOSED MOTION TO CONTINUE DETENTION HEARING**

Kendrid Hamlin, through Counsel, respectfully requests that this Court continue the detention hearing currently set for Wednesday, February 15th until Friday January 17th.

Defense Counsel requires additional time to adequately prepare for the detention hearing in light of information set forth in the Government's detention memo and other factors.

Counsel respectfully requests that this Court continue the detention hearing currently set for February 15, 2023 until February 17, 2023. Both parties are available and the Government does not object to this request.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Kathryn D'Adamo Guevara
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500