# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.    )<br>)<br>**KENDRID HAMLIN,** )<br>)<br>**Defendant** ) | **CRIMINAL NO. 23-MJ-00034** |

## ORDER

In consideration of the Defendant's Unopposed Motion to Continue the Detention Hearing, it is hereby ORDERED on this 15th day of February, 2023 that the detention hearing previously scheduled for February 15th in this matter is continued until February 17th at 2 p.m.

_____
Honorable Moxila A. Upadhyaya
United States Magistrate Judge