UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENDRID HAMLIN,<br><br>Defendant. | Case No. 23-MJ-000034 |

### MOTION TO VACATE DETENTION HEARING AND EXCLUDE TIME

Kendrid Hamlin, by and through undersigned counsel, respectfully move this Court to vacate the detention hearing scheduled for February 17, 2023, at 2:00 p.m., and schedule a status hearing to be held in approximately 30 days. Counsel also consents that time be excluded between now and the next date under the Speedy Trial Act. In support of this Motion, Counsel state as follows:

1. Mr. Hamlin is charged by Complaint with one count of Assault on a Member of Congress under 8 U.S.C. 1351(e).

2. On February 13, 2023, Defendant had his initial appearance before the Honorable G. Michael Harvey. The government made an oral motion for pretrial detention, and a detention hearing was initially scheduled for Wednesday, February 15, 2023, at 1:00 p.m. On February 13, 2023, the government filed a memorandum in support of its request for pretrial detention. Upon motion of the Defense on February 14, 2023, the detention hearing was rescheduled for Friday, February 17, 2023 at 2 pm.

3. The parties have begun discussing the possibility of a resolution of this case, and it is Counsel's understanding that the government intends to begin producing discovery shortly.

4. In light of all of the circumstances surrounding this case, Mr. Hamlin does not contest pretrial detention at this time. Counsel will also likely be filing a waiver of preliminary hearing by the end of the day on February 17, 2023.

5. Counsel respectfully requests that the Court vacate the detention hearing currently set for February 17, 2023, and set a status hearing approximately 30 days out.

6. Counsel consents to the exclusion of time under the Speedy Trial Act from February 15, 2023, through the date of the next hearing, pursuant to 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by this continuance outweigh the best interests of the public and Mr. Hamlin in a speedy trial because it gives the parties time to produce and review discovery and to discuss a potential resolution in this case.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Kathryn D'Adamo Guevara
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500