# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KENDRID HAMLIN,**<br><br>Defendant. | Case No. 23-MJ-000034 |

## ORDER

In consideration of the Defendant's Motion to Vacate the Detention Hearing Exclude Time, it is hereby ORDERED on this 16th day of February, 2023, that the detention hearing previously scheduled for February 17th in this matter is vacated.

It is further ORDERED that a status hearing in this case will be held on March 16, 2023, at 2 p.m.

It is further ORDERED that time is excluded pursuant to the Speedy Trial Act between February 15, 2023 until the date of the next hearing.

_____
Moxila A. Upadhyaya
United States Magistrate Judge