UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:23-MJ-00034 |
| : | |
| **KENDRID KHALIL HAMLIN,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the attached discovery letter of March 16, 2023, be made part of the record in these cases.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

Dated: March 16, 2023    By:    /s/ Alexander R. Schneider
Alexander R. Schneider
Michigan Bar #P71467
Special Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20579
Phone: (202) 252-7124
Email: alexander.schneider@usdoj.gov