

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C.  20530*

March 16, 2023

**VIA E-MAIL AND USAFX**
Katie D'Adamo Guevara
Assistant Federal Public Defender
Office of the Federal Public Defender for DC

                                                    Re:  *United States v. Kendrid Khalil Hamlin*
                                                        Case No. 1:23-MJ-00034

Dear Counsel:

Pursuant to the defense's request of February 24, 2023, the Government has produced discovery in the above-captioned cases.

On March 12, 2023, The Government has uploaded the discovery to a USAfx folder entitled "US v. Hamlin." The folder contains one file, "Discovery Hamlin 10 March 2023.zip." This file, when unpacked, contains 9 sub-folders.

1. Folder "911 Call Redact (Sensitive)." The material in this folder is subject to the Protective Order in this case at Docket Entry 16.
2. Folder "BWC". The material in this folder is subject to the Protective order in Docket Entry 15.
3. Folder "Hamlin Crim History Docs"
4. Folder "Injury Photos (Sensitive). The material in this folder is subject to the Protective Order in this case at Docket Entry 16.
5. Folder "Law Enforcement File."
6. Folder "Radio Runs."
7. Folder "Rep. Craig Statements."
8. Folder "Surveillance Video Apartment (Sensitive)." The material in this folder is subject to the Protective Order in this case at Docket Entry 16.

If you encounter any difficulty accessing these files, please let me know immediately.

        Sincerely,

        MATTHEW M. GRAVES
        United States Attorney

By:    */s/ Alexander R. Schneider*
        Alexander R. Schneider
        Special Assistant United States Attorney