UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 23-MJ-34 |
| v. | : |
| | : |
| KENDRID KHALIL HAMLIN, | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Joshua Gold is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW GRAVES
ACTING UNITED STATES ATTORNEY
D.C. Bar No.481052

            */s/ Joshua Gold*
Joshua Gold
TX Bar No. 24103101
Assistant United States Attorney
District of Columbia
601 D Street, NW,
Washington, D.C. 20530
Telephone No. 202-252-7651
Joshua.Gold@usdoj.gov

## CERTIFICATE OF SERVICE

On this 16th day of March 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                   */s/ Joshua Gold*
                                                   Joshua Gold
                                                   Assistant United States Attorney